UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. NO. 3:12-MC- 3:12mc103

IN RE: )
)
)
EXTENSION OF JURY SUMMONS FOR )
TRIAL TERM BEGINNING JUNE 4, 2012 )   ORDER
BEFORE THE HONORABLE ROBERT J. )
CONRAD, JR. )
)

Pursuant to this Court's inherent authority to manage the scheduling of trial and control the disposition of its cases and the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that the term contained in the Jury Summons for Jury Pool Number 301120601, issued June 4, 2012, shall be EXTENDED through June 30, 2012. All prospective jurors in this pool shall remain under Summons for that period.

IT IS SO ORDERED.

Signed: June 6, 2012

Robert J. Conrad, Jr.
U.S. District Court Judge